# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL H. SONG, M.D.,
Petitioner,

vs.

THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
EGAN K. WALKER, DISTRICT JUDGE,
Respondents,

and

DIANE PRUITT; AND RICHARD
PRUITT,
Real Parties in Interest.

No. 77061

FILED

AUG 0 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). In light of this dismissal, the oral argument scheduled in this matter is vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Egan K. Walker, District Judge
     Carroll, Kelly, Trotter, Franzen, McBride & Peabody/Las Vegas
     Durney & Brennan, Ltd./Reno
     Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

19-32573